UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL E. MEGGINSON,

              Plaintiff,

– against –

THE CITY OF NEW YORK and JOHN DOE,

              Defendant.

**ORDER**

18 Civ. 6433 (ER)

RAMOS, D.J.:

      On July 17, 2018, Michael Megginson, *pro se*, filed this personal injury action against the City of New York and a John Doe Defendant for injuries sustained while incarcerated.  Doc. 2.  On August 1, 2018, the Court issued a *Valentin* Order directing the City to identify the John Doe Defendant and Plaintiff to file an amended complaint within thirty days of the City's disclosure of the John Doe Defendant's identity.  Doc. 7 at 3.  On October 1, 2018, the City identified the John Doe Defendant as Correction Officer Victor Yang.  Doc. 10.   Plaintiff never filed an amended complaint.  On February 22, 2019, Plaintiff wrote to the Court explaining that he was being transferred to a different correctional facility and would write to the Court with his new address.  Since then, Plaintiff has not contacted the Court.

      Plaintiff is therefore ordered to show cause why the Court should not dismiss this action for failure to prosecute by letter by **Monday, December 14, 2020**.  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute under Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated: December 1, 2020
       New York, New York

                              EDGARDO RAMOS, U.S.D.J.

Copies Mailed to Plaintiff
Chambers of Edgardo Ramos